UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br> Plaintiff, <br><br> v. <br><br> TWIN RIVERS TECHNOLOGIES HOLDINGS, INC. and TWIN RIVERS TECHNOLOGIES MANUFACTURING CORPORATION, <br> Defendants. | No. 1:23-cv-11858-MPK |

## NOTICE REGARDING ENTRY OF CONSENT DECREE

Plaintiff Conservation Law Foundation, Inc. ("CLF"), and Defendants Twin Rivers Technologies Holdings, Inc. and Twin Rivers Technologies Manufacturing Corporation ("Defendants"), hereby provide notice to the Court that the United States Department of Justice's 45-Day Review period ended on March 17, 2025. The U.S. Department of Justice requested the Parties revise specific terminology used in the Proposed Consent Decree filed on January 30, 2025. The Parties revised the terminology and now attach an updated and final Consent Decree to this motion. The U.S. Department of Justice does not object to the entry of the revised Consent Decree. The Parties have attached a letter from the U.S. Department of Justice indicating its lack of objection to the revise Consent Decree.

The Parties accordingly request that the Court enter the revised Consent Decree attached to this notice filed jointly by the Parties. The revised Consent Decree represents a settlement of all claims presented by Plaintiff against the Defendants in this case. The Parties represent that the settlement terms are appropriate, reasonable, and in the public interest.

| | |
|---|---|
| Date: March 17, 2025 | Respectfully submitted, |
| CONSERVATION LAW FOUNDATION, INC., | TWIN RIVERS TECHNOLOGIES HOLDINGS, INC. and TWIN RIVERS TECHNOLOGIES MANUFACTURING CORPORATION |
| By Its Attorneys, | By Their Attorneys, |
| */s/ Heather Govern* <br> Heather A. Govern, Esq. <br> (BBO# 688482) <br> Clare Soria, Esq. (BBO#711648) <br> Conservation Law Foundation, Inc. <br> 62 Summer St. <br> Boston, MA 02110 <br> (617) 850-1765 <br> hgovern@clf.org | */s/ Ronaldo Rauseo-Ricupero* <br> Stephen M. LaRose (BBO# 654507) <br> Ronaldo Rauseo-Ricupero (BBO# 670014) <br> Donald D. Cooper (BBO# 098330) <br> NIXON PEABODY LLP <br> Exchange Place <br> 53 State Street <br> Boston, MA 02109 <br> Telephone: (617) 345-1000 <br> dcooper@nixonpeabody.com <br> slarose@nixonpeabody.com <br> rrauseoricupero@nixonpeabody.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 17, 2025, the foregoing document was filed through the ECF system, by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

*/s/ Heather Govern*
Heather A. Govern
