# EXHIBIT A



February 20, 2025

**Officers & Board**

*Kyle McBurney,
President, Dover*

*Jennie Goossen,
VP, Westwood*

*Stephen Brayton,
Treas., Dedham*

*Heather Audet,
Sec., Norwood*

*Julianne S. Belcher,
Walpole*

*Cynthia Dittbrenner,
Quincy*

*Susan Olson
Drisko, Sharon*

*James Green,
Canton*

*Jerry Hopcroft,
Norwood*

*Taber Keally,
Milton*

*Rebecca Kinraide,
Sharon*

*Maria Lyons,
Dorchester*

*Martha
McDonough,
Readville*

*Robert McGregor,
Sharon*

*Brendan
McLaughlin,
Milton*

*James O. Michel,
Hyde Park*

*Bill Pastuszek,
Colrain*

*Grace Weller,
Westwood*

*Joye Williams,
Dorchester*

Citizen Suit Coordinator
U.S. Department of Justice
Environmental and Natural Resources Division
Law and Policy Section
950 Pennsylvania Avenue NW, Room 2615
Washington, DC 20530

Re:   Conservation Law Foundation v. Twin Rivers Technologies Holdings, Inc. and Twin Rivers Technologies Manufacturing Corporation, Case No. 1:23-cv-11858-MPK

Dear Citizen Suit Coordinator,

This letter relates to the Consent Decree in the above referenced case which was lodged with the U.S. District Court for the District of Massachusetts and submitted to your office on January 30, 2025. At the request of the Department of Justice, this letter provides additional information on payments to a third party as part of the Department's review of the Consent Decree.

Section VI of the Consent Decree directs Defendants to pay $600,000 to two Implementing Organizations. Pursuant to Exhibit A of the Consent Decree, the Neponset River Watershed Association (NepRWA) will receive $300,000 for water quality monitoring and salt marsh restoration in the Neponset River Estuary (Quincy, MA). This letter sets forth the general goals, terms, and conditions upon which NepRWA intends to carry out the responsibilities set forth in the Consent Decree. Following expenditures of the funds provided by the Consent Decree, NepRWA will submit a letter describing how the funds were spent to the Court, the United States and the parties.

NepRWA is a tax-exempt entity under Sec. 501(c)(3) of the Internal Revenue Code. We have read the Consent Decree and will spend all monies received under the Consent Decree only for the purposes specified in the Consent Decree. No portion of any money received under the Consent Decree will be used for any lobbying or any other disallowed purpose. NepRWA will submit an annual status report to the Plaintiff each year that funds are being spent, with the content, format and timing of reports as specified in Exhibit A of the Consent Decree. NepRWA will comply with all guidelines and restrictions in the Consent Decree, including those governing changes to projects and unspent funds.

The funds will be used by NepRWA to plan and conduct water quality testing in the Neponset Estuary (the tidal portion of the Neponset River in Quincy, Boston,

2173 Washington Street, Canton, MA 02021
781.575.0354 | staff@neponset.org | www.neponset.org

and Milton). Testing will focus on bacterial and nitrogen concentrations and will be coordinated with MassDEP's external data submission group to inform their water quality impairments under Section 303(d) of the Clean Water Act.

NepRWA will also use the funds to pursue salt marsh remediation and restoration within the Neponset Estuary, building upon our recent work on a State of the Estuary report to identify current and historical stressors to marsh ecological health. Improvements to the marsh may include remediation of historic mosquito ditching, excessive nutrient loading, unnatural ponding, tidal restrictions, inadequate tidal flushing, invasive species, and/or coastal storm surge impacts.

These projects will improve water quality, wildlife habitat, and coastal flood resilience in the Neponset Estuary and Quincy. Funds will be used for the cost of engineering and environmental consultants, laboratory analysis, sampling equipment, NepRWA staff and interns, necessary public outreach and community engagement activities, permit application costs and/or as matching funds to support construction / implementation activities.

NepRWA appreciates the opportunity to advance our mission of water quality and coastal wetland habitat protection in the City of Quincy and our larger Estuary footprint. Thank you and if any additional information is required, please do not hesitate to contact me.

Sincerely,

Ian Cooke
Executive Director



Sethu Odayappan
Co-Executive Director of Tree-Plenish

February 20th, 2025

Citizen Suit Coordinator
U.S. Department of Justice
Environmental and Natural Resources Division
Law and Policy Section
950 Pennsylvania Avenue NW, Room 2615
Washington, DC 20530


Re: Conservation Law Foundation v. Twin Rivers Technologies Holdings, Inc., et al.,
Case No. 1:23-cv-11858-MPK

Dear Citizen Suit Coordinator,

      At the request of the Department of Justice, this letter provides additional information on payments to a third party as part of the Department's review of the Consent Decree. Section VI of the Consent Decree directs Defendants to pay $300,000 to Tree-Plenish for air quality improvement measures and/or monitoring activities that reduce air pollution in Quincy, Massachusetts. This letter sets forth the general goals, terms, and conditions upon which Tree-Plenish intends to carry out the responsibilities set forth in the Consent Decree.

      Tree-Plenish is a tax-exempt entity under Sec. 501(c)(3) of the Internal Revenue Code. We have read the Consent Decree and will spend any monies received under the Consent Decree only for the purposes specified in the Consent Decree. No portion of any money received under the Consent Decree will be used for any lobbying purposes. Tree-Plenish will submit an annual status report to the Parties each year the funds are being spent. Tree-Plenish will comply with all guidelines and restrictions in the Consent Decree, including those governing changes to projects and unspent funds. Following the expenditure of funds provided by the settlement instrument, Tree-Plenish will submit to the Court, the United States, and the parties a letter describing how the funds were spent.

      Tree-Plenish will use the money received to work with local schools in the Quincy area to organize community tree-planting events. Tree-Plenish aims to plant approximately 3,000 trees over a five-year period. As part of this project, Tree-Plenish will provide environmental education and mentorship to students in the Quincy area. Tree-Plenish staff will teach students about native species, tree care, and community engagement. Tree-Plenish will spend the

remaining funds on educational outreach regarding tree care and sustainable practices to the neighborhoods receiving the trees.

  These tree plantings will help offset carbon emissions and improve local air quality. Over time, the trees planted through these initiatives will contribute to climate resilience, creating greener, healthier neighborhoods for future generations.

  We appreciate the opportunity to improve air quality in Quincy, Massachusetts.

Sincerely,
Sethu Odayappan
Co-Executive Director
Tree-Plenish
