UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.,<br>Plaintiff,<br><br>v.<br><br>TWIN RIVERS TECHNOLOGIES HOLDINGS, INC. and TWIN RIVERS TECHNOLOGIES MANUFACTURING CORPORATION,<br>Defendants. | No. 1:23-cv-11858-MPK |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

Plaintiff Conservation Law Foundation, Inc. ("CLF"), and Defendants Twin Rivers Technologies Holdings, Inc. and Twin Rivers Technologies Manufacturing Corporation ("Defendants"), hereby respectfully request that the Court enter the Parties' agreed-upon Consent Decree, attached hereto as Exhibit 1. On March 17, 2025, the Parties jointly provided notice to the Court that the 45-day statutory review period for the Department of Justice ("DOJ") ended on March 17, 2025. (ECF 21). After the DOJ requested the Parties revise the Consent Decree, the Parties attached the revised Consent Decree (ECF 21-1) to the Joint Notice and a letter from the DOJ indicating the lack of objection to the revised Consent Decree. (ECF 21-2). The Parties accordingly respectfully request that the Court enter the revised Consent Decree as attached hereto.

| | |
|---|---|
| Date: April 30, 2025 | Respectfully submitted, |
| CONSERVATION LAW FOUNDATION, INC., | TWIN RIVERS TECHNOLOGIES HOLDINGS, INC. and TWIN RIVERS TECHNOLOGIES MANUFACTURING CORPORATION |
| By Its Attorneys, | |
| */s/ Heather Govern* | By Their Attorneys, |
| Heather A. Govern, Esq. (#688482) | |
| Clare Soria, Esq. (#711648) | */s/ Ronaldo Rauseo-Ricupero* |
| Conservation Law Foundation, Inc. | Stephen M. LaRose (# 654507) |
| 62 Summer St. | Ronaldo Rauseo-Ricupero (# 670014) |
| Boston, MA 02110 | Donald D. Cooper (# 098330) |
| (617) 850-1765 | NIXON PEABODY LLP |
| hgovern@clf.org | Exchange Place |
| | 53 State Street |
| | Boston, MA 02109 |
| | Telephone: (617) 345-1000 |
| | dcooper@nixonpeabody.com |
| | slarose@nixonpeabody.com |
| | rrauseoricupero@nixonpeabody.com |

**CERTIFICATE OF SERVICE**

 I hereby certify that on April 30, 2025, the foregoing document was filed through the ECF system, by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

*/s/ Heather Govern*
Heather A. Govern
